**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DARRYL BOWSKY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ELEKTA, INC. and NORTHWESTERN MEMORIAL HEALTHCARE,<br><br>        Defendants. | Case No. 21-CV-05431<br><br>Judge Charles R. Norgle |

**JOINT STIPULATION OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      The Parties, Plaintiff Darryl Bowsky ("Plaintiff") and Defendants Elekta, Inc. and Northwestern Memorial HealthCare (collectively, "Defendants"), by and through their respective undersigned counsel, and pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the following:

      1.     This action is to be voluntarily dismissed without prejudice, with each Party bearing their own costs and attorney's fees; and

      2.     Defendants consent to the jurisdiction of and venue in the United States District Court for the Northern District of Georgia in any action brought by Plaintiff arising out of or in connection with the April 2021 data security incident.

| | |
|---|---|
| DATE: January 25, 2022 | Respectfully submitted, |
| **PLAINTIFF DARRYL BOWSKY** | **DEFENDANTS** |
| By: */s/ Joseph M. Lyon* | By: */s/ Elizabeth B. Herrington* |
| Joseph M. Lyon<br>The Lyon Firm<br>22 West Ninth Street<br>Cincinnati, OH 45202<br>T: (513) 381-2333<br>jlyon@thelyonfirm.com<br><br>Daniel Zemans<br>Law Offices of Daniel Zemans, LLC<br>2023 West Berteau Ave.<br>Chicago, IL 60618<br>T: (773) 706-7767<br>dzemans@zemans-law.com<br><br>*Counsel for Plaintiff Darryl Bowsky* | Elizabeth B. Herrington<br>Staci M. Holthus<br>Morgan, Lewis & Bockius LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>T: (312) 324-1000<br>F: (312) 324-1001<br>beth.herrington@morganlewis.com<br>staci.holthus@morganlewis.com<br><br>*Counsel for Defendants Elekta, Inc. and Northwestern Memorial HealthCare* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Court's CM/ECF System and thereby served on all counsel of record.

*/s/ Elizabeth B. Herrington*
Elizabeth B. Herrington
