## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Darryl Bowsky

        Plaintiff,

v.                 Case No.: 1:21−cv−05431
                 Honorable Charles R. Norgle Sr.

Elekta Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 28, 2022:

   MINUTE entry before the Honorable Charles R. Norgle: Joint Stipulation of Voluntary Dismissal without prejudice filed [17]. Case is dismissed without prejudice with each party bearing their own costs and attorney's fees. Civil case terminated. Mailed notice (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.